UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2020 SEP -1  AM 11: 57

CLERK

BY ___pjl___
DEPUTY CLERK

| | |
|---|---|
| IN RE: WORCESTER RECOVERY CENTER & HOSPITAL v. BRYANT )<br>)<br>)<br>SHEARA BRYANT, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>JUDGE MICHAEL HARRIS, )<br>)<br>Respondent. ) | Misc. Case No. 5:20-mc-91 |

### ORDER GRANTING
### APPLICATION FOR LEAVE TO PROCEED *IN FORMA PAUPERIS*,
### DISMISSING CASE AND ALLOWING PETITIONER TO FILE COMPLAINT
(Doc. 1)

On August 14, 2020, Petitioner Sheara Bryant, a Vermont resident representing herself, filed an application to proceed *in forma pauperis* (IFP), or without prepayment of fees, under 28 U.S.C. § 1915 and has submitted an affidavit that makes the showing required under § 1915(a). *See* Docs. 1, 1-1. Accordingly, the request to proceed IFP is GRANTED; however, for the reasons discussed below the case is dismissed.

Under the IFP statute, the court conducts an initial screening of proposed complaints. *See* 28 U.S.C. § 1915(e)(2). The court must dismiss a complaint if it determines that the action "(i) is frivolous or malicious; (ii) fails to state a claim on which relief can be granted; or (iii) seeks monetary relief against a defendant who is immune from such relief." 28 U.S.C. § 1915(e)(2)(B). Here, although Petitioner seeks an injunction—and has submitted almost 200 pages of material—she has not filed a proposed complaint for the court's review. In the absence of a complaint, a civil action is not initiated. *See* Fed. R. Civ. P. 3 ("A civil action is commenced

by filing a complaint with the court."). Accordingly, this case is dismissed; however, Petitioner may file a proposed Complaint no later than September 25, 2020.

Any proposed Complaint must include all of Petitioner's factual allegations in their entirety and must set forth all the claims she has against all defendants and all the relief she seeks. *See* Fed. R. Civ. P. 8(a). Equally important, an amended complaint must comport with the Federal Rules of Civil Procedure, including setting forth short and plain statements of each claim as required by Rule 8, and doing so in numbered paragraphs as required by Rule 10. Petitioner's efforts may be aided by use of the E-Pro Se program, an interactive web application that aids the user in preparing a complaint, available on the court's website at https://www.vtd.uscourts.gov/e-pro-se. For further reference, Petitioner may consult the Court's Representing Yourself as a *Pro Se* Litigant Guide, available at www.vtd.uscourts.gov/sites/vtd/files/ProSeGuide113015.pdf.

## CONCLUSION

Upon conducting the review required under 28 U.S.C. § 1915(a)(1), Petitioner's application to proceed *in forma pauperis* (Doc. 1) is GRANTED; this case, however, is DISMISSED. Petitioner may file a proposed Complaint no later than September 25, 2020. Upon filing, the case shall be assigned a civil case number, Petitioner's IFP Application and this order shall be docketed in the civil case, and the court will conduct the required initial screening of the complaint under the IFP statute. *See* 28 U.S.C. § 1915(e)(2).

SO ORDERED.

Dated at Rutland, in the District of Vermont, this 1st day of September, 2020.

Geoffrey W. Crawford, Chief Judge
United States District Court