UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2020 DEC 18 PM 1: 17

CLERK
BY_____
DEPUTY CLERK

SHEARA BRYANT, )
 )
Plaintiff, )
 )
v. ) Case No. 5:20-cv-145
 )
STATE OF VERMONT, et al., )
 )
Defendants. )

## ORDER OF DISMISSAL

By Order dated November 6, 2020, self-represented Plaintiff Sheara Bryant's proposed Complaint claiming the State of Vermont and numerous other defendants committed a series of civil and human rights violations beginning in 2011 when she came to Vermont was dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim on which relief could be granted. (Doc. 4.) Plaintiff was provided an opportunity to file an Amended Complaint on or before December 7, 2020. (*Id.* at 7.) To date, no further filings have been received. Accordingly, this case is DISMISSED; the Clerk of Court is directed to close the case file.

SO ORDERED.

Dated at Burlington, in the District of Vermont, this 18th day of December 2020.

Geoffrey W. Crawford, Chief Judge
United States District Court